**Order entered June 3, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01259-CR

### WILLIAM MCKINLEY DECKER SR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F17-30527-K**

## ORDER

Before the Court is the State's May 28, 2019 motion for extension of time to file its brief.

We **GRANT** the motion and **ORDER** the State's brief received on May 28th filed as of the date

of this order.

/s/     LANA MYERS
           JUSTICE